UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Hoffstead, Michelle A.

Order Filed on April 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   16-23029 RG

Chapter: 13

Hearing Date: 04/05/2017

Judge:  Rosemary Gambardella

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 17, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2013 TOYOTA RAV4, VIN: 2T3BFREV0DW119880,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-23029-RG
Michelle A. Hoffstead                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1            Date Rcvd: Apr 17, 2017
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
db             +Michelle A. Hoffstead,    3 3rd Street,    Englewood Cliffs, NJ 07632-1423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC, as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A, as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage
       nj_ecf_notices@buckleymadole.com
      Laura M. Egerman    on behalf of Creditor   Wilmington Trust National Association
       legerman@rasnj.com,   gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Scott E. Tanne    on behalf of Debtor Michelle A. Hoffstead info@tannelaw.com,   clerk@tannelaw.com
                                                                                                          TOTAL: 5