UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

SCOTT E. TANNE, ESQ., P.C.
25 Chatham Road
Summit, NJ 07901
(973) 701-1776    Fax: (973) 701-0111
Scott E. Tanne, Esq (ST2477)
Attorney for Debtor(s)

In Re:

Michelle A. Hoffstead

Order Filed on May 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     16-23029-RG

Chapter:     13

Judge:     Gambardella

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____103/07/2017_____ :

Property:        3 3rd Street, Englewood Cliffs, NJ 07632

Creditor:        Nationstar Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____August 10, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*