Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                 Case No.: 16−23029−RG
                                 Chapter: 13
                                 Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle A. Hoffstead
   3 3rd Street
   Englewood Cliffs, NJ 07632

Social Security No.:
   xxx−xx−2538

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     8/8/17
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
fee: $1,487.00,

EXPENSES
expenses: $60.93

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 14, 2017
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 16-23029-RG
Michelle A. Hoffstead                                        Chapter 13
        Debtor              CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin             Page 1 of 2            Date Rcvd: Jul 14, 2017
                          Form ID: 137            Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db           +Michelle A. Hoffstead,   3 3rd Street,   Englewood Cliffs, NJ 07632-1423
cr           +Nationstar Mortgage LLC, as servicer for Wilmingto,   P. O. Box 9013,   Addison, TX 75001-9013
cr           +Robertson, Anschutz & Schneid, P.L.,   Bankruptcy Department,   6409 Congress Ave,   Suite 100,
               Boca Raton, FL 33487-2853
cr           +Wilmington Trust National Association,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.,   Suite 100,   Boca Raton, FL 33487-2853
516347674     American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
516275324    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516275325    +Barclays Bank Delaware,   Po Box 8801,   Wilmington, DE 19899-8801
516275326    +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
516275329   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Po Box 85015,   Richmond, VA 23285)
516275328    +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516361308     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516275331    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
516275332    +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516275334    +Citibank/Exxon Mobile,   Po Box 6497,   Sioux Falls, SD 57117-6497
516275333    +Citibank/Exxon Mobile,   Citicorp Credit Srvs/Centralized Bankru,   Po Box 790040,
               St Louis, MO 63179-0040
516275339    +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
               Omaha, NE 68102-1593
516275340    +First National Bank,   P.o. Box 3412,   Omaha, NE 68197-0001
516277846    +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
516364362    +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
516275346   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,   Lewisville, TX 75067)
516275345    +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516275347     Pay Pal,   P.O Box 105658,   Atlanta, GA 30348-5658
516275348    +Ras Citron,   130 Clinton Rd,   Suite 202,   Fairfield, NJ 07004-2927
516275349    +Society Hill at Jersey City,   266 Willow St.,   Jersey City, NJ 07305-4873
516363102    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
516275350     Toyota Motor Credit Co,   See Branch Listings,   Brea, CA 92621
516472566    +WILMINGTON TRUST, N.A.,Trustee(See 410),   c/o Nationstar Mortgage LLC,   PO Box 619096,
               Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2017 22:38:22    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2017 22:38:20    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516275327     E-mail/Text: dob@bcu.org Jul 14 2017 22:38:38    Baxter Credit Union,   340 N. Milwaukee Ave,
               Vernon Hills, IL 60061
516410696    +E-mail/Text: bncmail@w-legal.com Jul 14 2017 22:38:29    Comenity Capital Bank/Paypal Credit,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516275335    +E-mail/PDF: creditonebknotifications@resurgent.com Jul 14 2017 22:39:58    Credit One Bank Na,
               Po Box 98873,   Las Vegas, NV 89193-8873
516275336    +E-mail/PDF: creditonebknotifications@resurgent.com Jul 14 2017 22:40:05    Credit One Bank Na,
               Po Box 98875,   Las Vegas, NV 89193-8875
516275338     E-mail/Text: mrdiscen@discover.com Jul 14 2017 22:37:58    Discover Financial,   Po Box 15316,
               Wilmington, DE 19850
516284500     E-mail/Text: mrdiscen@discover.com Jul 14 2017 22:37:58    Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516275337     E-mail/Text: mrdiscen@discover.com Jul 14 2017 22:37:58    Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
516275342    +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 14 2017 22:38:49    Harley Davidson Financial,
               Po Box 21829,   Carson City, NV 89721-1829
516275341    +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 14 2017 22:38:49    Harley Davidson Financial,
               Attention: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
516336828     E-mail/Text: bkr@cardworks.com Jul 14 2017 22:37:53    MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
516275344    +E-mail/Text: bkr@cardworks.com Jul 14 2017 22:37:53    Merrick Bank/Geico Card,   Po Box 9201,
               Old Bethpage, NY 11804-9001
516275343    +E-mail/Text: bkr@cardworks.com Jul 14 2017 22:37:53    Merrick Bank/Geico Card,   Po Box 23356,
               Pittsburg, PA 15222-6356
                                                                                              TOTAL: 14
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jul 14, 2017
                              Form ID: 137               Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516275330    ##+Capital One,   Po Box 5253,   Carol Stream, IL 60197-5253
                                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for
               Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A, as Trustee for
               Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage
               nj_ecf_notices@buckleymadole.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Trust National Association
               bkyecf@rasflaw.com,   gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Michelle A. Hoffstead info@tannelaw.com,   clerk@tannelaw.com
                                                                                             TOTAL: 5
```