SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 16-23029

Re:   MICHELLE A. HOFFSTEAD                         Atty:   SCOTT E TANNE ESQ
      3 3RD STREET                                          4 CHATHAM ROAD
      ENGLEWOOD CLIFFS,  NJ  07632                          SUMMIT,  NJ  07901

## RECEIPTS AS OF 12/31/2017   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/01/2016 | $722.00 | 3208584000 - | 09/02/2016 | $722.00 | 3289886000 - |
| 10/03/2016 | $722.00 | 3368315000 - | 11/02/2016 | $722.00 | 3445000000 - |
| 12/02/2016 | $722.00 | 3520714000 - | 01/03/2017 | $722.00 | 3600360000 - |
| 01/31/2017 | $722.00 | 3671271000 - | 02/28/2017 | $722.00 | 3749000000 - |
| 04/03/2017 | $722.00 | 3840913000 - | 05/02/2017 | $722.00 | 3928303000 - |
| 06/02/2017 | $722.00 | 4010599000 - | 07/05/2017 | $722.00 | 4086318000 - |
| 08/02/2017 | $722.00 | 4172642000 - | 09/05/2017 | $722.00 | 4260355000 - |
| 10/02/2017 | $722.00 | 4326130000 - | 11/02/2017 | $722.00 | 4409033000 - |
| 12/04/2017 | $722.00 | 4489187000 - | | | |

**Total Receipts: $12,274.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,274.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 02/21/2017 | $433.28 | 8,000,236 | 03/13/2017 | $30.13 | 8,000,251 |
| BAXTER CREDIT UNION | | | | | | |
| | 02/21/2017 | $272.54 | 773,778 | | | |
| CAPITAL ONE BANK | | | | | | |
| | 02/21/2017 | $141.31 | 773,839 | 02/21/2017 | $188.69 | 773,839 |
| | 02/21/2017 | $413.21 | 773,839 | 03/13/2017 | $28.74 | 775,783 |
| | 03/13/2017 | $9.83 | 775,783 | 03/13/2017 | $13.13 | 775,783 |
| COMENITY CAPITAL BANK/PAYPAL CREDIT | | | | | | |
| | 02/21/2017 | $667.13 | 773,429 | 03/13/2017 | $46.40 | 775,432 |
| DISCOVER BANK | | | | | | |
| | 02/21/2017 | $820.44 | 773,990 | 02/21/2017 | $517.18 | 773,990 |
| | 03/13/2017 | $35.97 | 775,909 | 03/13/2017 | $57.06 | 775,909 |
| | 04/14/2017 | $47.41 | 777,713 | | | |
| FIRST NATIONAL BANK OF OMAHA | | | | | | |
| | 02/21/2017 | $126.64 | 774,066 | 03/13/2017 | $8.81 | 775,976 |
| FIRST NATL BANK OF OMAHA | | | | | | |
| | 02/21/2017 | $232.26 | 774,068 | 03/13/2017 | $16.16 | 775,978 |
| MERRICK BANK | | | | | | |
| | 02/21/2017 | $269.49 | 774,312 | 03/13/2017 | $18.75 | 776,196 |

**Chapter 13 Case # 16-23029**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 732.86 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,547.93 | 100.00% | 1,547.93 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 463.41 | 100.00% | 463.41 | 0.00 |
| 0002 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BAXTER CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK | UNSECURED | 441.95 | 100.00% | 441.95 | 0.00 |
| 0009 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CITIBANK/EXXON MOBILE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | DISCOVER BANK | UNSECURED | 877.50 | 100.00% | 877.50 | 0.00 |
| 0016 | FIRST NATL BANK OF OMAHA | UNSECURED | 248.42 | 100.00% | 248.42 | 0.00 |
| 0018 | HARLEY DAVIDSON CREDIT CORP | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | MERRICK BANK | UNSECURED | 288.24 | 100.00% | 288.24 | 0.00 |
| 0023 | WILMINGTON TRUST | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | COMENITY CAPITAL BANK/PAYPAL CREI | UNSECURED | 713.53 | 100.00% | 713.53 | 0.00 |
| 0026 | SOCIETY HILL AT JERSEY CITY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | BAXTER CREDIT UNION | UNSECURED | 272.54 | 100.00% | 272.54 | 0.00 |
| 0030 | CAPITAL ONE BANK | UNSECURED | 151.14 | 100.00% | 151.14 | 0.00 |
| 0031 | CAPITAL ONE BANK | UNSECURED | 201.82 | 100.00% | 201.82 | 0.00 |
| 0032 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | DISCOVER BANK | UNSECURED | 469.77 | 100.00% | 469.77 | 0.00 |
| 0036 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 135.45 | 100.00% | 135.45 | 0.00 |
| 0037 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $6,544.56**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 10, 2018.

Receipts: $12,274.00    -    Paid to Claims: $4,263.77    -    Admin Costs Paid: $2,280.79    =    Funds on Hand: $6,451.44

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.