UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776    Fax: (973) 701-0111
Scott E. Tanne, Esq (ST2477)
Attorney for Debtor(s)

In Re:

Michelle A. Hoffstead

Order Filed on June 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-23029-RG

Chapter:  13

Judge:  Gambardella

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____3/07/2017_____ :

Property: ____3 3rd Street, Englewood Cliffs, NJ 07632_____

Creditor: _____Nationstar Mortgage_____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____July 20, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle A. Hoffstead  
    Debtor

Case No. 16-23029-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 05, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.  
db            +Michelle A. Hoffstead,    3 3rd Street,    Englewood Cliffs, NJ 07632-1423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Francesca Ann Arcure     on behalf of Creditor     Nationstar Mortgage LLC, as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A, as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
           Kevin M. Buttery     on behalf of Creditor     Wilmington Trust National Association kevinbuttery@gmail.com  
           Kevin M. Buttery     on behalf of Creditor     Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments ll Trust 2007-AR3, Mortgage Passthrough Certificates, Series 2007-A bkyefile@rasflaw.com  
           Laura M. Egerman     on behalf of Creditor     Wilmington Trust National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Scott E. Tanne     on behalf of Debtor Michelle A. Hoffstead info@tannelaw.com, tanne.ecf.email@gmail.com

                                                                                                                         TOTAL: 7