UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

In Re:
**Michelle A. Hoffstead**

Order Filed on August 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-23029-RG

Adv. No.:

Hearing Date: August 1, 2018

Judge: Gambardella

## ORDER APPROVING LOAN MODIFICATION OF EXISTING MORTGAGE ON RESIDENCE AND REDUCING PROOF OF CLAIM ARREARS TO ZERO WITH RESPECT TO NATIONSTAR MORTGAGE LLC

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: August 6, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:             Michelle A. Hoffstead
Case No.:           12-38204-RG
Caption of Order:   Order Approving Loan Modification and Reducing Proof of Claim Arrears to Zero With Respect to Nationstar Mortgage, LLC

---

Upon consideration of Debtor's motion for an Order Approving Loan Modification of Existing Mortgage on Residence and Reducing Proof of Claim Arrears to Zero with Respect to Nationstar Mortgage, LLC ("Nationstar"), and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is authorized to enter into a modification of her existing loan with Nationstar on her property located at 3 3rd Street, Englewood Cliffs, NJ 07632 according to the following terms set out in the motion:

1. The amount of the loan is $654,173.14, of which $144,173.14 will be the Deferred Principal Balance, and $510,000.00 will be the Interest Bearing Principal Balance to be amortized over 345 months.
2. The monthly payment is $3,309.63, which includes escrow for insurance and real estate taxes.
3. The interest rate is fixed at 4.000%.

**AND IT IS FURTHER ORDERED** that the arrears included in the proof of claim filed by Nationstar are hereby amended to zero, and the Chapter 13 Trustee shall make no disbursements to Nationstar for payment of the proof of claim arrears,

**AND IT IS FURTHER ORDERED** that the Debtor shall file an Amended Chapter 13 Plan within thirty (30) days of the entry of the within order.