| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**4 Chatham Road**<br>**Summit, NJ 07901**<br>**(973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for the Debtor(s)** | Order Filed on August 6, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>**Michelle A. Hoffstead** | Case No.: 16-23029-RG<br><br>Adv. No.:<br><br>Hearing Date: August 1, 2018<br><br>Judge: Gambardella |

### ORDER APPROVING LOAN MODIFICATION OF EXISTING MORTGAGE ON RESIDENCE AND REDUCING PROOF OF CLAIM ARREARS TO ZERO WITH RESPECT TO NATIONSTAR MORTGAGE LLC

  The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: August 6, 2018**

                         Honorable Rosemary Gambardella
                         United States Bankruptcy Judge

**Page 2**

Debtor: Michelle A. Hoffstead
Case No.: 12-38204-RG
Caption of Order: Order Approving Loan Modification and Reducing Proof of Claim Arrears to Zero With Respect to Nationstar Mortgage, LLC

___

Upon consideration of Debtor's motion for an Order Approving Loan Modification of Existing Mortgage on Residence and Reducing Proof of Claim Arrears to Zero with Respect to Nationstar Mortgage, LLC ("Nationstar"), and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is authorized to enter into a modification of her existing loan with Nationstar on her property located at 3 3rd Street, Englewood Cliffs, NJ 07632 according to the following terms set out in the motion:

1. The amount of the loan is $654,173.14, of which $144,173.14 will be the Deferred Principal Balance, and $510,000.00 will be the Interest Bearing Principal Balance to be amortized over 345 months.
2. The monthly payment is $3,309.63, which includes escrow for insurance and real estate taxes.
3. The interest rate is fixed at 4.000%.

**AND IT IS FURTHER ORDERED** that the arrears included in the proof of claim filed by Nationstar are hereby amended to zero, and the Chapter 13 Trustee shall make no disbursements to Nationstar for payment of the proof of claim arrears,

**AND IT IS FURTHER ORDERED** that the Debtor shall file an Amended Chapter 13 Plan within thirty (30) days of the entry of the within order.

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle A. Hoffstead  
    Debtor

Case No. 16-23029-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Aug 07, 2018  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.  
db         +Michelle A. Hoffstead,    3 3rd Street,    Englewood Cliffs, NJ 07632-1423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A, as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Kevin M. Buttery    on behalf of Creditor    Wilmington Trust National Association kevinbuttery@gmail.com  
        Kevin M. Buttery    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments ll Trust 2007-AR3, Mortgage Passthrough Certificates, Series 2007-A bkyefile@rasflaw.com  
        Laura M. Egerman    on behalf of Creditor    Wilmington Trust National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Scott E. Tanne    on behalf of Debtor Michelle A. Hoffstead info@tannelaw.com, tanne.ecf.email@gmail.com  
        Sindi Mncina    on behalf of Creditor    Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments ll Trust 2007-AR3, Mortgage Passthrough Certificates, Series 2007-A smncina@rascrane.com  
                                                                                                                                 TOTAL: 8