Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–23029–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michelle A. Hoffstead
    3 3rd Street
    Englewood Cliffs, NJ 07632

Social Security No.:
    xxx–xx–2538

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        9/11/18
Time:        10:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

---

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney

COMMISSION OR FEES
period: to, fee: $1,995.00,

EXPENSES
$40.35

---

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: August 9, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23029-RG
Michelle A. Hoffstead                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 09, 2018
                             Form ID: 137          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
```
db            +Michelle A. Hoffstead,   3 3rd Street,   Englewood Cliffs, NJ 07632-1423
cr            +Nationstar Mortgage LLC, as servicer for Wilmingto,  P. O. Box 9013,  Addison, TX 75001-9013
cr            +Robertson, Anschutz & Schneid, P.L.,   Bankruptcy Department,   6409 Congress Ave,   Suite 100,
               Boca Raton, FL 33487-2853
cr            +Wilmington Trust National Association,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.,   Suite 100,   Boca Raton, FL 33487-2853
516347674      American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
516275324     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516275326     +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
516275325     +Barclays Bank Delaware,   Po Box 8801,   Wilmington, DE 19899-8801
516275331     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
516275332     +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516275334     +Citibank/Exxon Mobile,   Po Box 6497,   Sioux Falls, SD 57117-6497
516275333     +Citibank/Exxon Mobile,   Citicorp Credit Srvs/Centralized Bankru,   Po Box 790040,
               St Louis, MO 63179-0040
516275339     +First National Bank,   Attn:  FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
               Omaha, NE 68102-1593
516275340     +First National Bank,   P.o. Box 3412,   Omaha, NE 68197-0001
516277846     +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
516364362     +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
516275346    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   350 Highland Dr,   Lewisville, TX 75067)
516275345     +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516275347      Pay Pal,   P.O Box 105658,   Atlanta, GA 30348-5658
516275348     +Ras Citron,   130 Clinton Rd,   Suite 202,   Fairfield, NJ 07004-2927
516275349     +Society Hill at Jersey City,   266 Willow St.,   Jersey City, NJ 07305-4873
516363102     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
516275350      Toyota Motor Credit Co,   See Branch Listings,   Brea, CA 92621
516472566     +WILMINGTON TRUST, N.A.,Trustee(See 410),   c/o Nationstar Mortgage LLC,   PO Box 619096,
               Dallas, Texas 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2018 22:52:06     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2018 22:52:03     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516275327      E-mail/Text: bankruptcies.notifications@bcu.org Aug 09 2018 22:52:30     Baxter Credit Union,
               340 N. Milwaukee Ave,   Vernon Hills, IL 60061
516275329      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2018 22:57:07     Capital One,
               Po Box 85015,   Richmond, VA 23285
516275330     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2018 22:57:05     Capital One,
               Po Box 5253,   Carol Stream, IL 60197-5253
516275328     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2018 22:56:05     Capital One,
               Po Box 30285,   Salt Lake City, UT 84130-0285
516361308      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2018 22:56:36
               Capital One Bank (USA), N.A.,   Po Box 71083,   Charlotte, NC  28272-1083
516410696     +E-mail/Text: bncmail@w-legal.com Aug 09 2018 22:52:16     Comenity Capital Bank/Paypal Credit,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516275335     +E-mail/PDF: creditonebnknotifications@resurgent.com Aug 09 2018 22:56:43     Credit One Bank Na,
               Po Box 98873,   Las Vegas, NV 89193-8873
516275336     +E-mail/PDF: creditonebnknotifications@resurgent.com Aug 09 2018 22:56:14     Credit One Bank Na,
               Po Box 98875,   Las Vegas, NV 89193-8875
516275338      E-mail/Text: mrdiscen@discover.com Aug 09 2018 22:51:14     Discover Financial,   Po Box 15316,
               Wilmington, DE 19850
516284500      E-mail/Text: mrdiscen@discover.com Aug 09 2018 22:51:14     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516275337     +E-mail/Text: mrdiscen@discover.com Aug 09 2018 22:51:14     Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
516275342     +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 09 2018 22:52:48     Harley Davidson Financial,
               Po Box 21829,   Carson City, NV 89721-1829
516275341     +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 09 2018 22:52:48     Harley Davidson Financial,
               Attention: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
516336828      E-mail/Text: bkr@cardworks.com Aug 09 2018 22:51:05     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
516275344     +E-mail/Text: bkr@cardworks.com Aug 09 2018 22:51:05     Merrick Bank/Geico Card,   Po Box 9201,
               Old Bethpage, NY 11804-9001
516275343     +E-mail/Text: bkr@cardworks.com Aug 09 2018 22:51:05     Merrick Bank/Geico Card,   Po Box 23356,
               Pittsburg, PA 15222-6356
                                                                                            TOTAL: 18
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 09, 2018
                             Form ID: 137             Total Noticed: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
              dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for
              Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A, as Trustee for
              Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage NJ_ECF_Notices@McCalla.com,
              NJ_ECF_Notices@McCalla.com
              Kevin M. Buttery    on behalf of Creditor    Wilmington Trust National Association
              kevinbuttery@gmail.com
              Kevin M. Buttery    on behalf of Creditor    Wilmington Trust, National Association, as Successor
              Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments ll Trust
              2007-AR3, Mortgage Passthrough Certificates, Series 2007-A bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Trust National Association
              bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Michelle A. Hoffstead info@tannelaw.com,
              tanne.ecf.email@gmail.com
              Sindi  Mncina    on behalf of Creditor    Wilmington Trust, National Association, as Successor
              Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments ll Trust
              2007-AR3, Mortgage Passthrough Certificates, Series 2007-A smncina@rascrane.com
                                                                                          TOTAL: 8