UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

Order Filed on September 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michelle A. Hoffstead

Case No.:  16-23029-RG

Chapter:  13

Judge:  Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 14, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ _____1,995.00_____ for services rendered and expenses in the amount of $_____40.35_____ for a total of $_____2,035.35_____ . The allowance is payable:

&#x2612; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Michelle A. Hoffstead
    Debtor

Case No. 16-23029-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 17, 2018
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2018.
db           +Michelle A. Hoffstead,    3 3rd Street,    Englewood Cliffs, NJ 07632-1423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for
        Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A, as Trustee for
        Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage NJ_ECF_Notices@McCalla.com,
        NJ_ECF_Notices@McCalla.com
       Kevin M. Buttery    on behalf of Creditor    Wilmington Trust, National Association, as Successor
        Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments ll Trust
        2007-AR3, Mortgage Passthrough Certificates, Series 2007-A bkyefile@rasflaw.com
       Kevin M. Buttery    on behalf of Creditor    Wilmington Trust National Association
        kevinbuttery@gmail.com
       Laura M. Egerman    on behalf of Creditor    Wilmington Trust National Association
        bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Scott E. Tanne    on behalf of Debtor Michelle A. Hoffstead info@tannelaw.com,
        tanne.ecf.email@gmail.com
       Sindi Mncina    on behalf of Creditor    Wilmington Trust, National Association, as Successor
        Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments ll Trust
        2007-AR3, Mortgage Passthrough Certificates, Series 2007-A smncina@rascrane.com
       Sindi Mncina    on behalf of Creditor    Wilmington Trust National Association smncina@rascrane.com
                                                                                                                            TOTAL: 9